IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| | CHAPTER 7 |
| BRIAN F MCHUGH AND | |
| JENNIFER LYNN MCHUGH, | CASE NO. 5:22-bk-01870-MJC |
| Debtors | |
| | Joint Motion to Continue |

## Order

Upon consideration of the *Joint Motion to Continue*, it is hereby ordered that the motion is GRANTED. The hearing on the *Motion of the United States Trustee for Review of Professional Fees of Debtors' Counsel* is continued to July 11th, 2023 at 10:00 am at US Courthouse/Max Rosenn, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 8, 2023